AO 91 (Rev. 5/85) Criminal Complaint

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court

DISTRICT OF Hawaii

FEB 0 9 2004

at 10 o'clock and 0Y min. ᴬM
WALTER A.Y.H. CHINN, CLERK

UNITED STATES OF AMERICA

V.

ANDY GEORGE ORTEGA     (01)
CEDDRIC BASS            (02)

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-0126 LEK

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  between 1-30-04 and 2/6/04  in  Honolulu  county, in the  District of  Hawaii  defendant(s) did, (Track Statutory Language of Offense) conspire to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II narcotic controlled subtance, and methylenedioxymethamphetamine (ecstacy), a Schedule II controlled substance.

in violation of Title  21  United States Code, Section(s)  846 & 841(a)(1)(A)  .

I further state that I am a(n)  FBI Special Agent  and that this complaint is based on the following
                                  Official Title
facts:

On or about late January and continuing into early February, 2004, Andy George Ortega agreed to ship large amounts of methamphetamine from the Los Angeles area of California to a sub-distributor located in the District of Hawaii. In late January, or early February, 2004, Ortega and others shipped approximately 2 pounds of methamphetamine from California to Hawaii. In addition, during late January, Ortega, or others acting in concert with him, shipped in excess of 2,000 tablets of MDMA, or ecstacy, from Los Angeles to the Honolulu subdistributor for distribution in Hawaii. On February 6, 2004, Ortega arrived in Honolulu from California and met with his subdistributor for the purpose of collecting moneys owed on the series of drug deals between the sub-distributor and Ortega. When Ortega arrived at the meeting, which occurred at a Waikiki area hotel, Ortega brought with him Ceddric Bass, another drug associate of Ortega's who came to Hawaii with Ortega for the purpose of transporting back the large amounts of currency they were to collect while in Honolulu. During the meeting, Bass

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

02-07-2004                             at            Honolulu, Hawaii
Date                                                 City and State

Leslie E. Kobayashi
United States Magistrate Judge
Name & Title of Judicial Officer                     Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## Addendum to Affidavit

boasted about moving "fifty birds" (drug code for 50 kilograms of cocaine) in Ohio. Ortega purchased Bass' ticket to Hawaii for the express purpose of having Bass assist in the transport of drug monies back to the mainland. Additionally, during the time of the conspiracy, Ortega acted together, in concert, with another associate to both acquire and ship large amounts of methamphetamine from California to Honolulu. This associate is scheduled to arrive in Honolulu soon for the purpose of conducting further drug business of the members of the conspiracy in Hawaii. The information contained in this affidavit comes from your affiants personal observations and investigation into phone calls made between Ortega and the Honolulu sub-distributor, and the recovery of large amounts of methamphetamine shipped by Ortega and/or others at his direction from California to Honolulu, and the admissions and statement of Ortega following his arrest on February 6, 2004.

_____
Joseph Salazar, Special Agent
Federal Bureau of Investigation

Signed and Sworn to Before me
this 7th day of February, 2004.

_____
Leslie E. Kobayashi
United States Magistrate Judge