**ORIGINAL**

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 9 2004

at 2 o'clock and 32 min. ___M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | MAG. NO.  04-0126 LEK |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MOTION TO DETAIN |
| | ) | DEFENDANT WITHOUT BAIL |
| ANDY ORTEGA           (01) | ) | |
| Defendant. | ) | |

ATTEST: A True Copy
WALTER A.Y.H. CHINN
Clerk, United States District
Court, District of Hawaii
By _____
Deputy

**MOTION TO DETAIN DEFENDANT WITHOUT BAIL**

The United States hereby moves to detain Defendant without bail, pursuant to 18 U.S.C. Section 3142.

 1. **Eligibility Of Case**.  This Defendant is eligible for detention because the case involves (check all that apply):

   ____ a. Offense committed on release pending felony trial (3142(d)(1)(A)(i))*

   ____ b. Offense committed on release pending imposition, execution, or appeal of



                    sentence, conviction or completion of sentence (3142(d)(1)(A)(ii))*

    \_\_\_\_ **c.**    Offense committed while on probation or parole (3142(d)(1)(A)(iii))*

    \_\_\_\_ **d.**    A citizen of a foreign country or unlawfully admitted person (3142(d)(1)(B))*

    \_\_\_\_ **e.**    Crime of violence (3142(f)(1)(A))

    \_\_\_\_ **f.**    Maximum sentence life imprisonment or death (3142(f)(1)(B))

    **X g.**    10+ year drug offense (3142(f)(1)(C))

    \_\_\_\_ **h.**    Felony, with two prior convictions in above categories (3142(f)(1)(D))

    **X i.**    Serious risk Defendant will flee (3142(f)(2)(A))

    **X j.**    Danger to other person or community **

    \_\_\_\_ **k.**    Serious risk obstruction of justice (3142(f)(2)(B))

    \_\_\_\_ **l.**    Serious risk threat, injury, intimidation of prospective witness or juror (3142(f)(2)(B))

\* requires "i" or "j" additionally

\*\* requires "a", "b", "c", or "d" additionally

2. **Reason For Detention.** The Court should detain Defendant (check all that apply):

    **X a.**    Because there is no condition or combination of conditions of release which will reasonably assure Defendant's appearance as required (3142(e))

    **X b.**    Because there is no condition or combination of conditions of release

      which will reasonably assure the safety of any other person and the community (3142(e))

    ___ c.    Pending notification of appropriate Court or official (not more than 10 working days (3142(d))

3. **Rebuttable Presumption**.  The United States (will/will not) invoke the rebuttable presumption against Defendant under Section 3142(e).  If invoked, the presumption applies because (check all that apply):

    _X_ a.    Probable cause to believe Defendant committed 10+ year drug offense

    ___ b.    Probable cause to believe Defendant committed an offense under 18 U.S.C. § 924(c)

    ___ c.    Previous conviction for eligible offense committed while on pretrial bond

4. **Time For Detention Hearing**.  The United States requests that the Court conduct the Detention Hearing:

    ___ a.    At first appearance

    _X_ b.    After continuance of ___ days (not more than 3)

5. **Rule 40 Cases**.  The United States requests that the Detention Hearing be held:

    ___ a.    In the District of Hawaii

    ___ b.    In the District where charges were filed

6. **Other Matters**.

DATED: February 9, 2004, at Honolulu, Hawaii.

                                             EDWARD H. KUBO, JR.
                                             United States Attorney
                                             District of Hawaii

                              By   /s/ Kenneth M. Sorenson
                                      KENNETH M. SORENSON
                                      Assistant U.S. Attorney