# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/9/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | MAG NO. 04-0126LEK |
| CASE NAME: | USA vs. (01) ANDY ORTEGA<br>USA vs. (02) CEDDRIC BASS |
| ATTYS FOR PLA: | Kenneth M. Sorenson |
| ATTYS FOR DEFT: | (01) Richard H.S. Sing<br>(02) Michael J. Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7-CD 18 |
| DATE: | 2/9/2004 | TIME: | 2:44-2:47 |

COURT ACTION:  EP: Initial Appearance - Defendants (01) Andy Ortega and (02) Ceddric Bass present in custody.

Defendants sworn to Financial Affidavits. Request for Court Appointed Attorneys - Granted.

Richard H.S Sing Apptd Atty for Defendant (01) Andy Ortega and Michael J. Park Apptd Atty for Defendant (02) Ceddric Bass.

Charges received.  Motions to Detain filed.

Detention Hearing set for 1:30 2/12/04, LEK.
Preliminary Hearing set for 3:00 2/24/04, LEK.

Defendants (01) Andy Ortega and (02) Ceddric Bass remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager

ATTEST: A True Copy
WALTER A.Y.H. CHINN
Clerk, United States District
Court, District of Hawaii
By _____

G:\docs\warren\MAG NO 04-0126LEK-(2-9-04).wpd