♦CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA v.s. Andy Ortega

FOR: UNITED STATES DISTRICT COURT, DISTRICT OF HAWAII

AT: FEB 09 2004, WALTER A.Y.H. CHINN, CLERK

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Richard Sing

DOCKET NUMBERS
Magistrate
District Court: CR04-00126LEK-01
Court of Appeals

1 ☐ Defendant-Adult
2 ☐ Defendant-Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

CHARGE/OFFENSE (describe if applicable & check box →): Conspiracy to distribute cocaine, Methamphetamine & Ecstasy
☑ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☐ No ☑ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ 5000
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☑ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
RECEIVED: $ _____
SOURCES: _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No IF YES, state total amount $ 1331

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $ 250 — DESCRIPTION: Stock

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☑ MARRIED (SINGLE / WIDOWED / SEPARATED OR DIVORCED)
Total No. of Dependents: 2
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent | | $ | $ 1150 |
| Car + Ins) | | $ | $ 1100 |
| Credit Card | | $ | $ 130.— |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 2/9/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ► X /s/ Andy Ortega

ATTEST: A True Copy
WALTER A.Y.H. CHINN
Clerk, United States District Court, District of Hawaii
By _____ Deputy