# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/12/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | MAG NO. 04-0126LEK |
| CASE NAME: | USA vs. (01) ANDY ORTEGA<br>USA vs. (02) CEDDRIC BASS |
| ATTYS FOR PLA: | Kenneth M. Sorenson |
| ATTYS FOR DEFT: | (01) Richard H.S. Sing<br>(02) Michael J. Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7-CD 18 |
| DATE: | 2/12/2004 | TIME: | 1:32-1:39 |

COURT ACTION:  EP: Detention Hearing - Defendants (01) Andy Ortega and (02) Ceddric Bass present in custody.

Govt's Oral Motion to Dismiss Complaint against Defendant (02) Ceddric Bass Granted. Govt to prepare Order.

Detention Hearing as to Defendant (01) Andy Ortega - Arguments heard. Motion to Detain Granted. Govt to prepare Order.

Defendants (01) Andy Ortega and (02) Ceddric Bass remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager

G:\docs\warren\MAG NO 04-0126LEK-(2-12-04).wpd